AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

TODD F. LECCESE

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1745-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 19, 2003** in **Suffolk** county, in the _____ District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

maliciously damage or destroy, or attempt to damage or destroy, by means of fire or an explosive, any building, or real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce

in violation of Title **18** United States Code, Section(s) **844(i) and 2**.

I further state that I am a(x) **Special Agent, ATF** and that this complaint is based on the following
Official Title

facts:

See attached affidavit of ATF Special Agent Mattheu Kelsch

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-01-2004                                at      Boston, Massachusetts
Date                                                    City and State

CHARLES B. SWARTWOOD III
U.S. MAGISTRATE JUDGE                              _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

§JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __ATF__

City __Chelsea__   **Related Case Information:**

County __Suffolk__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __TODD F. LECCESE__   Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date: __1973__   SS#: __1511__   Sex: __M__   Race: __WHITE__   Nationality: __AMERICAN__

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __DONALD L. CABELL__   Bar Number if applicable _____

Interpreter:  ☐ Yes   ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes   ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 1, 2004   Signature of AUSA: _Don L. Cabell_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy

Name of Defendant     TODD F. LECCESE

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. §844(i) | Arson | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

ATF