*Filed in open court 6/2/04 CBS*

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

*For limited purpose of First Appearance Only*

## APPEARANCE

Case Number: 04-1745-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Defendant Todd F. Leaese

I certify that I am admitted to practice in this court.

6/2/04
Date

Signature

Print Name  Douglas J. Brooks  636697  Bar Number
Kelly Libby & Hoopes
Address  175 Federal Street
City  Boston  State  MA  Zip Code  02110
Phone Number  (617) 338-9300  Fax Number  (617) 338-9911