AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

TODD F. LECCESE

**WARRANT FOR ARREST**

CASE NUMBER: 04-1745-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     TODD F. LECCESE
                                           Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)
damaging a building or real or personal property by means of fire or an explosive

in violation of
Title   18   United States Code, Section(s)  844(i) and 2

CHARLES B. SWARTWOOD III                    UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                     Title of Issuing Officer

Signature of Issuing Officer                6-1-04 @ Boston, MA
                                            Date and Location

Bail fixed at $                             by
                                            Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.