```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )
TODD F. LECCESE             )    CR. NO. 04-MJ-01745-CBS
                            )
```

**ASSENTED-TO MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves that the Court continue the probable cause hearing in this matter, presently scheduled for September 9, 2004, for a period of at least 30 days.  In support of the motion, the government states that the parties have been engaged in discussions relating to the resolution of the case short of trial, and the continuance will hopefully allow the parties to complete such discussions.  Accordingly, the defendant assents to the motion.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney


                    BY:  /s/Donald L. Cabell
                         Donald L. Cabell
                         Assistant U.S. Attorney
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3105
```

September 8, 2004