```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| TODD F. LECCESE ) | CR. NO. 04-MJ-01745-CBS |
| ) | |

**ASSENTED-TO MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the probable cause hearing in this matter, presently scheduled for October 29, 2004, for a period of at least 30 days to allow the parties time to complete discussions regarding resolution of the case short of trial.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                        BY:   /s/Donald L. Cabell
                              Donald L. Cabell
                              Assistant U.S. Attorney
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3105
```

October 28, 2004